AO 93 (Rev. 11/13) Search and Seizure Warrant

**SEALED**

**FILED**
**U.S. DISTRICT COURT**
**DISTRICT OF NEBRASKA**
**2017 MAR -3 AM 11:58**
**OFFICE OF THE CLERK**

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.   8:17MJ55
)
The residence and premises at 1517 Drexel Street, )
Omaha, Nebraska 68107; and 1984, tan, 27-foot, Pace )
Arrow motor home with license plate NE TMZ 536. )

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ___Nebraska___
*(identify the person or describe the property to be searched and give its location)*:

The residence and premises at 1517 Drexel Street, Omaha, Nebraska 68107; and 1984, tan, 27-foot, Pace Arrow motor home with Nebraska license plate number TMZ 536.

For further information, see Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment A for additional details.

**YOU ARE COMMANDED** to execute this warrant on or before ___March 10, 2017___ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___F.A. GOSSETT III___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   __3/1/17  10:13 AM__                        ___/s/___
                                                                    *Judge's signature*

City and state:   Omaha, Nebraska                   F.A. GOSSETT III, U.S. Magistrate Judge
                                                    *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>8:17MJ55 | Date and time warrant executed:<br>3-3-2017 @ 6:30AM | Copy of warrant and inventory left with:<br>Diego Vigil |
| Inventory made in the presence of:<br>Diego Vigil | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>See Attached Property Sheet | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3-3-2017

Jeffrey D. Tarpinian
*Executing officer's signature*

Jeffrey D. Tarpinian - Special Agent (FBI)
*Printed name and title*

## ATTACHMENT A

### LIST OF ITEMS TO BE SEIZED AND SEARCHED

1. All visual depictions, including still images, videos, films or other recordings of child pornography or minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256, and any mechanism used for the receipt or storage of the same, including but not limited to:

Any computer, computer system and related peripherals, including data processing devices and software (including but not limited to central processing units; internal and peripheral storage devices such as fixed disks, external hard drives, floppy disk drives and diskettes, routers, computer compact disks, CD-ROMS, DVD, usb storage devices and flash memory storage devices, and other memory storage devices); peripheral input/output devices (including but not limited to keyboards, printer, video display monitors, scanners, digital cameras, and related communications devices such as cables and connections), as well as any devices, mechanisms, or parts that can be used to restrict access to computer hardware (including but not limited to physical keys and locks).

2. Any and all computer passwords and other data security devices designed to restrict access to or hide computer software, documentation, or data. Data security devices may consist of hardware, software, or other programming code.

3. Any and all documents, records, emails, and internet history (in documentary or electronic form) pertaining to the possession, receipt or distribution of child pornography or visual depictions of minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256, or pertaining to an interest in child pornography whether transmitted or received.

4. Any and all records, documents, invoices, notes and materials that pertain to accounts with any Internet Service Provider, as well as any and all records relating to the ownership or use of computer equipment found in the residence.

5. Documents and records regarding the ownership and/or possession of the searched premises.

6. During the course of the search, photographs of the searched premises may also be taken to record the condition thereof and/or the location of items therein.

## ATTACHMENT B

### DESCRIPTION OF LOCATION TO BE SEARCHED

The location known as **1517 Drexel Street, Omaha, Nebraska** is identified as follows:

The residence is a single family house, white in color, with the address number "1517" vertically displayed to the right of the north facing front door. There are black shutters on either side of the two front windows. There is a detached white brick garage to the south of the residence next to the alley with an east facing door. The legal description of the property was noted as HOPPES BONANZA LOT 5 BLOCK 2 50 X 140.



JUNE 2015 DOUGLAS COUNTY ASSESSOR

The vehicle is a 1984, tan, 27-foot, Pace Arrow motor home with Nebraska license plate number TMZ 536. It is registered to Daniel J. Vigil, 903 Calmar Circle, Bellevue, Nebraska.



17

FD-597 (Rev 8-11-94)   Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 305I-OM-7940783

On (date) 3/3/2017

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) Diego Vigil
(Street Address) ~~2805~~ 1517 Drexel St
(City) Omaha, NE

Description of Item(s):

2 x 4GB Data Traveler flash drives
1 x Vivitar Digital Camera w/ Mem Card
1 x Kyocera C6742 Phone, IMEI 014502002780004
1 x AM Concepts Pay Stub
1 x Microsoft RM-1150 Phone, IMEI 355130070146507
1 x Samsung SM-J120A7, S/N R58H34HQ2ND
1 x 32 GB PNY flash drive
1 x HP 15-R131WM laptop w/ power, S/N CND5164VWQ

Received By: Jake Sattler (Signature)
Received From: Diego Vigil (Signature)